✎AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 2 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## Central District of California

UNITED STATES OF AMERICA

v.

RICARDO PRECIADO

**Judgment in a Criminal Case**
(For a Petty Offense) — Short Form

Case No.   CR 15-34-LAL

USM No.

JOHN HANUSZ, DFPD
Defendant's Attorney

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)      1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| PENAL CODE 594 | DAMAGE TO PROPERTY | 10/16/2014 | 1 |

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $130.00 | $ 5.00 | $ 100.00 | $25.00 |

Last Four Digits of Defendant's Soc. Sec. No.:   0032

Defendant's Year of Birth:   1993

City and State of Defendant's Residence:
LOMPOC, CA

01/22/2015
Date of Imposition of Judgment

_Louise A. LaMothe_
Signature of Judge

LOUISE A. LA MOTHE          US MAGISTRATE
Name and Title of Judge

HON. LOUISE A. LAMOTHE
U.S. MAGISTRATE JUDGE

01/22/2015
Date